UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

STEVEN E. BRADEN )
)
        PLAINTIFF )
)
v. )
)
NORTON HEALTHCARE, INC. )
) CIVIL ACTION NO. 3:19-CV-00257-RGJ
and )
)
LIFE INSURANCE COMPANY OF NORTH )
AMERICA )
)
)
)
        DEFENDANTS )

## AGREED ORDER

Plaintiff, Steven E. Braden, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice and stricken from the Court's docket with each party to be responsible for its own attorneys' fees and costs.

Respectfully submitted,

/s/J. Gregory Joyner (by DAC with permission)
J. Gregory Joyner. PLLC
Joyner Law Offices
2300 Hurstbourne Village Drive Suite 700
Louisville, Kentucky 40299
greg@joynerlawoffices.com

Attorney for Plaintiff

/s/David A. Calhoun
David A. Calhoun
Mitzi D. Wyrick
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
dcalhoun@wyattfirm.com
mwyrick@wyattfirm.com
502.589.5235

Counsel for Life Insurance Company of North America

61842788.1

2